UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
~~ORLANDO DIVISION~~
Jacksonville, Duval County

2017 JAN -9 AM 11:54

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

ANTHONY SMITH
PLAINTIFF

3:17-cv-19-J-39-JBT

vs.
1) JACKSONVILLE SHERIFF OFFICE
2) STATE ATTORNEY OFFICE
3) Public defender office
4) Judge
5) CITY OF JACKSONVILLE, FLA
6 STATE OF FLORIDA
DEFENDANT

## COMPLAINT

CERTIFIED LETTER OF GREAT IMPORTANCE WITH A SENSE OF URGENCY PRO-SE AFFIDAVIT COMPLAINT PENDING

Anthony Smith

1/9/17

Name: ANTHONY SMITH

Address: 3800 5TH STREET

SAINT Cloud Florida - 34769

Phone No.: 407-892-5700   OR

SISTER. DOCTOR MARY A McCoy SMITH
904-527-3836 - JACKSONVILLE FLA

# CERTIFIED LETTER OF GREAT IMPORTANCE WITH A SENSE OF URGENCY PRO-SE AFFIDAVIT COMPLAINT:

IN THE INTEREST OF JUSTICE; SECOND NOTICE, EMERGENCY "72 hours" PROBABLE CAUSE URGENT REQUEST; CALLING TO FULL ACTIVE DUTY... STATE OF FLORIDA ATTORNEY GENERAL - PAM BONDI; AT CAPITAL - 400 SOUTH MONROE STREET, TALLAHASSEE FLORIDA - 32399, And, STATE ATTORNEY ANGELA B. COREY, FOURTH JUDICAL CIRCUIT AT 311 WEST MONROE STREET, JACKSONVILLE, FLORIDA - 32202... WITHIN THE STATE OF FLORIDA GOVERNMENT AGENCY..., URGENT REQUEST; JUSTIFICATION PROBABLE CAUSE; TO CONDUCT A FULL SCALE PROPER, THOROUGH FOLLOW-UP INVESTIGATION ON A SENSITIVE GOVERNMENT DOCUMENT WITNESS STATEMENT... CLARIFICATION..., TO DETERMINE AND ESTABLISH THE VICTIM/WITNESSES CONDUCT STATEMENT, AND OFFICER/SHERIFF CONDUCT STATEMENT TO BE TRUE INFORMATION OR FALSE MIS-LEADING INFORMATION... VERIFICATION... CRIMINAL CONDUCT WRONGDOINGS, DETECTED; WITHIN A SENSITIVE GOVERNMENT DOCUMENT, CASE NUMBER *16-2008-CF-001478AXXXMA

ANTHONY SMITH
THE TRANSITION HOUSE, INC.
GRANT PER DIEM PROGRAM
3800 5TH STREET ST. CLOUD, FLORIDA - 34769
407-892-5700

IN THE INTEREST OF JUSTICE
PAM BONDI & ANGELA B. COREY - AT CAPITAL - 400 SOUTH MONROE STREET - TALLAHASSEE, FLA, And 311 WEST MONROE STREET - JACKSONVILLE, FLA

(1)

IN MY SCOPE; I THE PLAINTIFF PRO-SE CHIEF INVESTIGATOR DEFENDANT, AMERICAN CITIZEN NAMED ANTHONY SMITH COMPLAINT ENTITLED; THE CERTIFIED LETTER OF GREAT IMPORTANCE WITH A SENSE OF URGENCY PRO-SE AFFIDAVIT COMPLAINT PENDING, IS WORKING WITH DUE DILIGENCE WITHIN THE BOUNDARIES OF THE LAW WITH A FIRST NOTICE EMERGENCY "72 HOURS" PROBABLE CAUSE URGENT REQUEST... IN THE INTEREST OF JUSTICE... CALLING TO FULL ACTIVE DUTY... STATE OF FLORIDA ATTORNEY GENERAL PAM BONDI, AT CAPITAL-400 SOUTH MONROE STREET, TALLAHASSEE FLORIDA-32399.- AND STATE ATTORNEY ANGELA B. COREY,- FOURTH JUDICIAL CIRCUIT AT 311 WEST MONROE STREET JACKSONVILLE, FLORIDA, 32202... WITHIN THE STATE OF FLORIDA GOVERNMENT AGENCY...

ALSO WITHIN MY SCOPE; I THE COMPLAINANT/PLAINTIFF PRO-SE CHIEF INVESTIGATOR, DEFENDANT NAMED ANTHONY SMITH, AT THIS TIME IS BRING TO YOUR IMMEDIATE ATTENTION THAT I HAVE FILED COMPLAINTS, ENTITLED "THE CERTIFIED LETTER OF GREAT IMPORTANCE WITH A SENSE OF URGENCY PRO-SE AFFIDAVIT COMPLAINT PENDING; FILED; TO SHERIFF MIKE WILLIAMS AT THE JACKSONVILLE, DUVAL COUNTY SHERIFF'S OFFICE INTERNAL AFFAIRS CRIMINAL DIVISON... REPORTING A CRIME OF CRIMINAL CONDUCT WRONG DOINGS COMMITTED AGAINST ME...

(2)

AS TO COUNT #1 - ONE; SHERIFF MISCONDUCT; 838.022 (1)(A)(B)(C) OFFICIAL MISCONDUCT FlA STATUES.

AS TO COUNT #2 - TWO; SHERIFF MISCONDUCT; 839.13 (1) FALSIFYING RECORDS FlA STATUES.

AS TO COUNT #3 - THREE; SHERIFF MISCONDUCT; 918.13 (1)(A)(B)(2) TAMPERING WITH OR FABRICATION Physical EVIDENCE FlA. STATUES.

AS TO COUNT #4 - FOUR; SHERIFF MISCONDUCT 839.19. FAILURE TO EXECUTE PROCESS.

AS TO COUNT #5 - FIVE SHERIFF MIS/CONDUCT 839.24 PENALTY FOR FAILURE TO PERFORM DUTY REQUIRED.

(3)

Also within my scope: I the Plaintiff Chief Investigator Defendant Citizen Named Anthony Smith -Complaint Pending, is continuing to work within the boundaries of the law, Bring to your immediate attention that we have discovered and uncovered a potential suspects criminal conduct wrong doings involving; Victim Witness Conduct wrongdoings, and officer Sheriff conduct wrong doing of False Mis/Leading Information statements detected within our sensitive Government Documents Case #16-2008-CF-001478AXXXMA - such as discoveries, police reports, witness statements, deposition, and Court transcripts ... Criminal Conduct that went undetected and uninotice during the coarse of the Trial Court Proceedings ...

Also within my scope: I the Plaintiff Chief Investigator, Defendant Named Anthony Smith, is continuing to work within the boundaries of the law, Bring to your immediate attention ...that I the Plaintiff Pro-Se Chief Investigator Defendant Named Anthony Smith, have Established and Conducted a Follow up investigation, field operation ... Supported by Angela B. Corey State Attorney office that Conducted a thorough follow up investigation ... to investigate ... and to locate ... a victim/witness hand written sworn in Affidavit Bearing the Name Jerome Elder ...

(4)

ANGELA B. COREY, STATE ATTORNEY OFFICE RESPONDED BACK TO - PROBABLE CAUSE EXHIBIT (C) Also SEE Attachment PROBABLE CAUSE EXHIBIT (CC) - RESPONSE FROM STATE ATTORNEY OFFICE OF ANGELA B. COREY TAKEN ON THE DATE OF August 25, 2015. .. SA CASE NO: 08CF011375 AD

RE: STATE VS ANTHONY SMITH
     CLERK NO: 162008CF-001478AXXX MA
     DIVISON CRF

DEAR MR. SMITH
    THE STATE ATTORNEYS OFFICE IS IN RECEIPT OF YOUR PUBLIC RECORDS REQUEST DATED August 10, 2015 FOR THE WRITTEN STATEMENT BY JEROME ELDER, CONCERNING THE ABOVE REFERENCED CASE. WE ARE UNABLE TO PROVIDE THE REQUESTED RECORDS BASED ON THE FOLLOWING REASON(S): A THOROUGH SEARCH OF THE FILE REVEALED NO RECORDS RESPONSIVE TO YOUR REQUEST. Also WITHIN MY SCOPE; I THE COMPLAINT CHIEF INVESTIGATOR, DEFENDANT NAMED ANTHONY SMITH, IS CONTINUE TO WORK WITHIN THE BOUNDARIES OF THE LAW, BRING TO YOUR IMMEDATE ATTENTION... THAT I THE COMPLAINANT PLAINIFF PRO-SE CHIEF INVESTIGATOR, DEFENDANT NAMED ANTHONY SMITH HAVE ESTABLISH AND CONDUCTED A THOROUGH SECOND - FOLLOW UP INVESTIGATION TO THE COMMANDER IN CHIEF DIRECTOR SHERIFF MIKE WILLIAMS, WITHIN THE JACKSONVILLE, FLORIDA SHERIFF OFFICE - AND TO LOCATE A VICTIM/WITNESS HANDWRITTEN SWORN IN AFFIDAVIT, BEARING THE NAME OF

(5) JEROME ELDER...

SEE PROBABLE CAUSE EXHIBIT-D-And-CONTINUE ON TO THE JACKSONVILLE SHERIFF OFFICE RESPOND Public Records UNIT- PROBABLE CAUSE EXHIBIT-DD- FROM Mike Williams SHERIFF... BELOW:

TO: ANTHONY SMITH

FROM: Public Records UNIT

SUBJECT: REC-2803

BASED UPON THE INFORMATION YOU HAVE PROVIDED THE JACKSONVILLE SHERIFF'S OFFICE HAS BEEN UNABLE TO LOCATE ANY RECORDS THAT ARE RESPONSIVE TO YOUR REQUEST.

THANK YOU
60667/FbM

(6)

ALSO WITHIN MY SCOPE; I THE COMPLAINT/ PLAINTIFF CHIEF INVESTAGATOR, DEFENDANT NAMED ANTHONY SMITH IS CONTINUE TO WORK WITHIN THE BOUNDARIES OF THE LAW, BRING TO YOUR IMMEDIATE ATTENTION... THAT I THE COMPLAINT PLAINIFF PRO-SE CHIEF INVESTAGTOR DEFENDANT NAMED ANTHONY SMITH, HAVE ESTABLISHED AND CONDUCTED A THOROUGH THIRD- FOLLOW UP INVESTAGATION TO THE COMMANDER IN/CHIEF DIRECTOR RONNIE FUSSEL- CLERK OF CIRCUIT COURT... AND TO LOCATE... A VICTIM/WITNESS SWORN IN AFFIDANT, BEARING THE NAME OF JEROME ELDER... SEE PROBABLE CAUSE EXHIBIT- B- AND CONTINUE ON TO THE DIRECTOR- RONNIE FUSSEL- CLERK OF CIRCUIT COURT... RESPOND; PUBLIC RECORDS UNIT- PROBABLE CAUSE EXHIBIT- BB- DATED ON 8/17/15 CASE NUMBER 16-2008-CF-001478-AXXX-MA NAME ANTHONY SMITH

IN RESPONSE TO; DOCUMENTS REQUESTED- 8/11/15

☒ OTHER; PLEASE BE ADVISED THAT THERE ARE NO WRITTEN STATEMENT FILED WITH OUR OFFICE.

THANK YOU FOR YOUR COOPERATION IN THIS MATTER.

RONNIE FUSSELL
CLERK OF CIRCUIT COURT

LATREASE MALLORY
DEPUTY CLERK

(7)

Also within my scope; I the complaint/plaintiff Chief Investigator, Defendant named Anthony Smith, is continue; to work within the boundaries of the law, bring to your immediate attention... that I the complaint plaintiff Pro-Se Chief Investigator, Defendant named Anthony Smith, have established and conducted a follow up investigation, field operation... supported by the Jacksonville, Florida Sheriff's office of Duval County, involving with several seriousness violation of officer sheriff misconduct; wrongful arrest, detected; within probable cause exhibit-A- probable cause exhibit-A1- probable cause exhibit-A2- and probable cause exhibit-A3- and probable cause exhibit-A4- of the arrest and booking report of the Jacksonville Sheriff office, year 2008 case number #87494 taken in on the date of Tuesday 1/29/2008 - time 13:00 - done by arresting officer #63887-M.P. Natalzia of the Jacksonville Sheriff Office witness; Approving Supervisor #6141-H.J. Rivera witness #2-63885-C.M. Myers of the Jacksonville Sheriff Office that is showing several seriousness violation; detected within case number — 16-200-CF-001478AXXX-MA, year 2008 incident #87494... within the state of Florida Government Agency, urgent request, justification probable to conduct a full scale, proper, thorough fourth follow up investigation on a sensitive government document witness statement...

(8)

CLARIFICATION... TO DETERMINE AND ESTABLISH THE THE VICTIM/WITNESS CONDUCT STATEMENTS TO BE TRUE INFORMATION OR FALSE MIS/LEADING INFORMATION... VEREFICATION... CRIMINAL CONDUCT WRONG doing - DETECTED; WITHIN A SENSITIVE GOVERNMENT DOCUMENT CASE NUMBER #16-2008-CF-001478AXXXMA

Also within my scope; I THE PLAINTIFF CHIEF INVESTIGATOR, DEFENDANT NAMED ANTHONY SMITH, IS CONTINUE TO WORK WITHIN THE BOUNDRIES OF THE LAW, BRING TO YOUR IMMEDATE ATTENTION... THAT I THE PLAINTIFF PRO-SE CHIEF INVESTIGATOR, DEFENDANT NAMED ANTHONY SMITH HAVE ESTABLISH AND CONDUCTED A FOLLOW UP INVESTIGATION FIELD OPERATION... [SEE Attachment Probable CAUSE EXHIBIT - ONE] ENTITLED; CERTIFIED LETTER OF GREAT IMPORTANCE WITH A SENSE OF URGENCY PRO-SE AFFIDAVIT COMPLAINT... EMERGENCY ALERT; NOTICE "72 Hours" URGENT REQUEST, TO THE FLORIDA DEPARTMENT OF LAW ENFORCEMENT AGENCIES STATE GOVERNMENT, IN THE STATE OF FLORIDA... CALLING THE STATE OF FLORIDA GOVERNMENT TO IMMEDIATE DUTY... TAKEN ON THE DATE OF -2-4-16 STATE OF FLORIDA ATTORNEY GENERAL PAM BONDI; STATE ATTORNEY ANGELA B. COREY, STATE ATTORNEYS OFFICE IN JACKSONVILLE, FLORIDA, DUVAL COUNTY... AND, TO THE COMMANDER IN CHIEF DIRECTOR SHERIFFS MIKE WILLIAMS WITHIN THE JACKSONVILLE FLORIDA SHERIFF OFFICE, DUVAL COUNTY AND TO THE MAYOR, LENNY CURRY OF THE CITY OF JACKSONVILLE, DUVAL COUNTY...

(9)

Also within my scope; to please work with Due-Dilligence, within examing Probable Cause Exhibit -ONE- Emergecy Alert: First Noties...

Also within my scope; to please work with Due Dilligence, with examing Probable Cause Exhibit - Two - In Responded from Governor Rick Scott State of Florida office of the Governor, taken in on the date of January 11, 2016...

Also within my scope; It is imperative and necessary for the State of Florida Attorney General Pam Bondi And State Attorney Angela B. Corey, within the State Attorney's office... to please work with Due-Dilligence, to conduct a Proper Thorough Follow-up Investigation on the Major Findings of a Potential Officer's Sheriff conduct Wrong doing, on a Sensitive Government Document, Entitled; Jacksonville Sheriffs office, General offense/ Incident Report year 2008 Incident Number #87494 Conducted By officer #63887 And Approving Supervisor H.J. Rivera #6141 And Alone with #2- C.M. Myers #63885 of the Jacksonville Sheriff's office...

Additional Information statement... To Determine and establish, officer #63887 M.P. Nataizia Probable Cause Additional Information conduct statement to be True Information or False Mis/Leading Information...

(10)

VERIFICATION... WITHIN A SENSITIVE GOVERNMENT DUCUMENT... SEE Attachment Probable Cause Exhibit -A- And Probable Cause Exhibit -A1- Additional Information Statement Conducted By Arresting Officer #1: # 63887 M.P. NATAIZIA of the Jacksonville Sheriff Office...

IN ORDER; TO DETERMINE And ESTABLISH OFFICER # 63887 M.P. NATAIZIA KNOWINGLY And WILLINGLY FAILURE TO PROCESS AND SECURE DOWN A CRIME SCENE WITNESS NAMED JEROME Elder INDENTIFICATION INFORMATION WITNESS HANDWRITTEN SWORN IN AFFIDAVIT WITNESS STATEMENT FORM. BEARING THE NAME JEROME Elder WITNESS #ONE WHILE DURING SO; OFFICER # 63887 M.P. NATAIZIA OF THE JACKSONVILLE SHERIFF OFFICE... FAILED TO DISCLOSE THIS INFORMATION DURING HIS FOLLOW-UP INVESTIGATION WITH A WITNESS JEROME Elder INTERVIEW... DETECTED WITHIN PROBABLE CAUSE EXHIBIT -A- AND PROBABLE CAUSE EXHIBIT -A1- ADDITION INFORMATION INCIDENT REPORT OF THE JACKSONVILLE SHERIFF OFFICE.

IN MY SCOPE; THERE IS ENOUGH CLARIFICATION MATERIAL EVIDENCE OF PROOF OF FOLLOW/UP INVESTIGATION PROBABLE CAUSE EXHIBITS TO DETERMINE And ESTABLISH. OFFICER # 63887 M.P. NATALZIA DID IN / FACT FAILED TO DISCLOSE THIS INFORMATION During His Follow-up INVESTIGATION WITH A WITNESS JEROME Elder INTERVIEW... SEE ATTACHMENT OPERATION - NEXT PAGE -(12)

(11)

OPERATION #1: Probable Cause EXHIBIT-C-RE:CC

URGENT REQUEST; COMMANDER IN Chief STATE Attorney ANGELA B. COREY WITH IN THE STATE Attorney OFFICE, JACKSONVille, FLA.

OPERATION #2: Probable Cause EXHIBIT-D-RE:DD

URGENT REQUEST; COMMANDER IN Chief DIRECTOR, SHERIFF SUPPERVISOR WITH IN THE JACKSONVILLE, SHERIFF OFFICE WITH IN DUVAL County FLORIDA.

OPERATION #3: Probable Cause EXHIBIT-E-;RE:EE

URGENT REQUEST; COMMANDER IN Chief DEPUTY CLERK, BONNIE FUSSELL OF THE Circuit Court.

Also within my Scope; IT IS IMPERATIVE AND NECESSARY FOR THE STATE OF Florida Attorney GENERAL PAM BONDi AND STATE Attorney ANGELA B. COREY, WITHIN THE STATE Attorney's OFFICE... TO PLEASE WORK WITH DUE DILLIGENCE TO CONDUCT A PROPER-Thorough Follow-up INVESTAGATION ON THE MAJOR Findings OF A POTENTIAL OFFICER, SHERIFF Conduct WRONG DOING...

(12)

SECOND DETERMINATION; IN ORDER; TO DETERMINE AND ESTABLISH, OFFICER #63887- M.P. NATALZIA KNOWINGLY AND WILLINGLY FAILED TO PROCESS AND SECURE DOWN A CRIME RESIDENT INCIDENT ADDRESS AT THE LOCATION 1769 POWHATTEN STREET FOR FINGER PRINTS OF THE REAR DOOR OF THE RESIDENCE OR THE INTERIOR DOOR FRAM, AND; FAILED TO PROCESS AND SECURE DOWN THE CRIME SCENE RESIDENT INCIDENT FOR FINGER PRINTS OF THE AIR HANDLING UNIT OF THE AIR CONDITION SYSTEM AND THE FRONT PANEL; AND; FAILED TO PROCESS AND SECURE DOWN THE CRIME SCENE RESIDENT INCIDENT FOR FINGER PRINTS OF THE TIE IRON, AND FAILED TO PROCESS AND SECURE DOWN THE CRIME SCENE RESIDENT INCIDENT FOR FINGER PRINTS OF THE SCREW-DRIVER; AND; FAILED TO PROCESS AND SECURE DOWN THE CRIME SCENE RESIDENT INCIDENT FOR FINGER PRINTS OF THE KNIFE AND WHILE DURING SO, IN THE PROCESS, FAILED TO DISCLOSE ANY FINGER PRINTS IDENTIFICATION INFORMATION DURING THE PROCESS FOLLOW UP — INVESTIGATION, DETECTED; WITHIN PROBABLE CAUSE EXHIBIT -A- AND PROBABLE CAUSE EXHIBIT -A1- AND PROBABLE CAUSE EXHIBIT -A2- AND PROBABLE CAUSE EXHIBIT -A3- AND PROBABLE CAUSE EXHIBIT -A4- OF THE ARRESTING AND BOOKING REPORT OF THE JACKSONVILLE SHERIFF OFFICE, YEAR 2008 CASE NUMBER #87494... CONDUCTED BY OFFICER #63887 M.P. NATALZIA ARRESTING OFFICER. AN EVIDENCE TECHNICIAN WAS ASSIGNED BY HQ. ...

(13)

Also within my scope; it is imperative and necessary for the State Attorney General Pam Bondi and State Attorney Angela B. Corey within the State Attorney office Fourth Judical Circuit State of Florida to please work with due dilligance to process this complaint entitled; The Certified letter of Great Importance with a sense of urgency Pro-Se Affidavit Complaint pending And to please work with due dilligence to respond back to the Plaintiff named Anthony Smith complaint within the process findings of officer Sherifr criminal conduct wrong doing determination suported by the State Attorney office And to respond back within seven working days with an acommdation of three more business days - if necessary.

Thank you Commanders.

Anthony Smith
3800 5TH Street
St Cloud Florida - 34769

(14)